Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-350**

**Effective Date of Registration:**
October 21, 2024
**Registration Decision Date:**
November 26, 2024

## Title

**Title of Work:** Santa Portrait

## Completion/Publication

**Year of Completion:** 2003
**Date of 1st Publication:** January 15, 2004
**Nation of 1st Publication:** United States

## Author

- **Author:** Elaine Kay Maier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elaine Kay Maier
17655 Georgetown Court, Reno, NV, 89508, United States

## Rights and Permissions

**Name:** Elaine Kay Maier
**Email:** maierelaine058@gmail.com
**Address:** 17655 Georgetown Court
Reno, NV 89508 United States

## Certification

**Name:** David Denholm
**Date:** October 21, 2024
**Applicant's Tracking Number:** EM2024102101

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-136

**Effective Date of Registration:**
October 21, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** Santa's Smile

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** August 01, 2007
**Nation of 1st Publication:** United States

## Author

- **Author:** Elaine Kay Maier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elaine Kay Maier
17655 Georgetown Court, Reno, NV, 89508, United States

## Rights and Permissions

**Name:** Elaine Kay Maier
**Email:** maierelaine058@gmail.com
**Address:** 17655 Georgetown Court
Reno, NV 89508 United States

## Certification

**Name:** David Denholm
**Date:** October 21, 2024
**Applicant's Tracking Number:** EM2024102102

Page 1 of 2

